February 2006                                                                                      2006 USBC Central District of California

# United States Bankruptcy Court
## Central District of California

In re   John D Downing                                                        Case No. _____

                                      Debtor(s)                               Chapter   7

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, John D Downing, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

■   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, __, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date  May 18, 2011                          Signature  _____
                                                       John D Downing
                                                       Debtor